IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MARY MONTECALVO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER: |
| ) | 2:11-CV-00004-RWS |
| UNION GENERAL HOSPITAL, ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION TO DISMISS WITH PREJUDICE

COME NOW, Plaintiff and Defendant and respectfully move this court to issue an Order Dismissing With Prejudice the Defendant from this action, showing the Court as follows:

1.

The parties entered into a settlement agreement on October 7, 2013. Pursuant to that agreement and in consideration of payment, the Plaintiff agreed to release the Defendant in this lawsuit from any and all relevant claims, demands and causes of action.

2.

The Plaintiff's counsel received payment from the Defendant prior to time the settlement agreement was signed.

3.

Given the resolution of this case, the parties respectfully request that the Court dismiss the case with prejudice. A proposed order is attached as Exhibit "A" for the Court's convenience.

WHEREFORE, it is respectfully requested that the Court issue an order dismissing this case with prejudice against all defendants.

Respectfully submitted this  14th  day of October, 2013.

PREPARED AND PRESENTED BY:

.

HUFF, POWELL & BAILEY, LLC

  /s/  Taylor Tribble
DANIEL J. HUFF
Ga. Bar No. 374860
TAYLOR TRIBBLE
Ga. Bar No. 904116

*Counsel for Defendant*

999 Peachtree Street, Suite 950
Atlanta, GA 30309
404-892-4022
404-892-4033 (fax)

CONSENTED TO BY:


COPPEDGE & ASSOCIATES, P.C.


/s/  Stephen Michmerhuizen
Warren N. Coppedge, Jr.
Ga. Bar No. 187300
Steve Michmerhuizen
Ga. Bar No. 107109



*Counsel for Plaintiff*

508 South Thornton Ave.
Dalton, GA 30720
706-226-0040
706-226-0050 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MARY MONTECALVO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNION GENERAL HOSPITAL, )<br>INC. )<br>)<br>Defendant. ) | CASE NUMBER:<br>2:11-CV-00004-RWS |

## **CERTIFICATE OF SERVICE**

Pursuant I hereby certify that I have this day served a copy of CONSENT MOTION TO DISMISS WITH PREJUDICE by depositing a copy of the same in the United States Mail, with adequate postage affixed thereto, addressed as follows:

Warren N. Coppedge, Jr., Esq.
Stephen Michmerhuizen, Esq.
Coppedge & Associates, P.C.
508 South Thornton Ave.
Dalton, GA 30720

This  14th  day of October, 2013.

[*signature on following page*]

2

                    HUFF, POWELL & BAILEY, LLC

                    /s/ Taylor Tribble
                  DANIEL J. HUFF
                  Ga. Bar No. 374860
                  TAYLOR TRIBBLE
                  Ga. Bar No. 904116

                  *Counsel for Defendant*

999 Peachtree Street, Suite 950
Atlanta, GA 30309
404-892-4022
404-892-4033 (fax)
dhuff@huffpowellbailey.com
ttribble@ huffpowellbailey.com

2