UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| MARY MONTECALVO,<br><br>            Plaintiff,<br><br>vs.<br><br>UNION GENERAL HOSPITAL, INC.,<br><br>            Defendant. | CIVIL ACTION FILE<br><br>NO. 2:11-CV-00004-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of the parties' Consent Motion to Dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed with prejudice.**

Dated at Gainesville, Georgia, this 16th day of October, 2013.

                                                            JAMES N. HATTEN
                                                            CLERK OF COURT

                                                    By:   s/Vicki L. Dougherty
                                                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  October 16, 2013
James N. Hatten
Clerk of Court

By:   s/Vicki L. Dougherty
          Deputy Clerk